UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE W., | ) |
|     Plaintiff, | ) CASE NO. C19-6179-MAT ) ) |
| v. | ) ) ORDER RE: SOCIAL SECURITY |
| COMMISSIONER OF SOCIAL SECURITY, | ) DISABILITY APPEAL ) ) |
|     Defendant. | ) ) |

In this action, Plaintiff seeks judicial review of the Commissioner's final decision denying her applications for disability benefits. Dkt. 4. One of Plaintiff's assignments of error relates to the application of the Appointments Clause of the United States Constitution. Dkt. 27-at 18-19.

On November 9, 2020, after Plaintiff's opening brief had been filed, the United States Supreme Court granted certiorari on the question of whether a claimant seeking disability benefits under the Social Security Act forfeits a challenge to the appointment of an administrative law judge under the Appointments Clause of the United States Constitution by failing to raise that issue during the administrative proceedings. *See Carr v. Saul*, 961 F.3d 1267 (10th Cir. 2020), *cert. granted*, 2020 WL 6551771 (U.S. Nov. 9, 2020) (No. 19-1442);

*Davis v. Saul*, 963 F.3d 790, 791 (8th Cir. June 26, 2020), *cert. granted*, 2020 WL 6551772 (U.S. Nov. 9, 2020) (No. 20-105).

The Court requested that the parties submit supplemental briefing indicating whether they would prefer to proceed with this action or stay the matter until the Supreme Court has resolved the current circuit split by answering the question presented. Dkt. 30. The Commissioner indicated that he preferred a stay, and Plaintiff did not file any response. Dkt. 31.

Seeing no opposition to the Commissioner's request for a stay, the Court STAYS this matter until the U.S. Supreme Court has ruled on the consolidated cases of *Carr* and *Davis*, or until this Court orders otherwise. Within 14 days of the Supreme Court's ruling, Plaintiff shall file a supplemental brief addressing her position on the Appointments Clause issue. Within 14 days after the filing of Plaintiff's supplemental brief, the Commissioner shall file a supplemental brief responding to Plaintiff's brief and setting forth his position on the Appointments Clause issue.

DATED this <u>25th</u> day of January, 2021.

Mary Alice Theiler
United States Magistrate Judge

ORDER RE: SOCIAL SECURITY
DISABILITY APPEAL
PAGE -2