UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| BONNIE WALBAUM, | Civil No. 3:19-CV-06179-MAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for disability insurance benefits under Title II of the Social Security Act is REMANDED to the Commissioner of Social Security to update the record and for a new hearing and decision by a different administrative law judge (ALJ) than the ALJ who issued the prior decision.

DATED this 24th day of May, 2021.

MARY ALICE THEILER
United States Magistrate Judge

Page 1        ORDER - [3:19-CV-06179-MAT]

1

2

Presented by:

3

s/ Jacob Phillips

4 JACOB PHILLIPS
Special Assistant United States Attorney

5 Office of the General Counsel
Social Security Administration

6 701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

7 Telephone:  (206) 615-2274
Fax:  (206) 615-2531

8 jacob.phillips@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24